# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:18 CV 331

| | | |
|---|---|---|
| STACY JOHN STILLION | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CARLOS ERNESTO PELAEZ-MILIAN | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

This matter is before the Court *sua sponte*.

The record indicates that Plaintiff's Complaint was filed on August 31, 2018 in the Superior Court of Cleveland County, North Carolina. The action was removed to this Court by Defendant on November 15, 2018. Attached to the Notice of Removal are copies of all process, pleadings, and orders served upon Defendant while the action was pending in state court. See Doc. 2 at 2. Portions of those materials, notably the Affidavit of Compliance and related exhibits, contain personal data identifiers.

The Court's Administrative Procedures Governing Filing and Service by Electronic Means ("Administrative Procedures") require that filing parties omit or, where inclusion is necessary, partially redact certain personal data identifiers from all pleadings, documents, and exhibits.[1]

---

[1] The Administrative Procedures may be found at http://www.ncwd.uscourts.gov/court-info/local-rules-and-orders/local-rules.

Though the parties have not objected to the inclusion of this information, the Court will nonetheless require the submission of redacted versions of these documents to bring the docket into compliance with the Administrative Procedures.

**IT IS THEREFORE ORDERED THAT**:

1. Exhibit B (Affidavit of Compliance) to the Notice of Removal, which appears as Doc. 2-2, is hereby **STRICKEN**.

2. Defendant is **DIRECTED** to file, within ten (10) days of this Order, a redacted version of that Exhibit which complies with the Administrative Procedures.

Signed: February 6, 2019

W. Carleton Metcalf
United States Magistrate Judge